

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-19-00321-CV**

**IN RE LUETIA ACORD**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Relator's petition for writ of mandamus is denied. Relator's Motion for

Emergency Stay is dismissed as moot.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Petition Denied
Opinion delivered and filed September 26, 2019
[OT06]

